Carter, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

10/19
10-19-15

| | |
|---|---|
| ELEAZAR AGUILAR_BOLANOS, ALVARO AGUILAR BOLANOS, and ROSENDO GUTIERREZ, on behalf of themselves, and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>4 A KIDS d/b/a PINE RESTAURANT, F & J PINE RESTAURANT LLC d/b/a PINE RESTAURANT, and ANTHONY BASTONE.<br>Defendants. | Civil Action No. 15-CV-6668<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the time within which Defendants 4 A Kids d/b/a Pine Restaurant, F & J Pine Restaurant LLC d/b/a Pine Restaurant and Anthony Bastone may move, answer, or otherwise respond to the Complaint is hereby extended up to and including October 30, 2015.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses; *provided, however,* Defendants agree that their right to raise an affirmative defense based upon insufficient service of process is hereby waived. This stipulation may be filed without further notice with the Clerk of the Court.

Dated October 16, 2015

By: _____
Peter H. Cooper
Cilenti & Cooper, PLLC
708 Third Avenue - 6th Floor
New York, New York 10017
Telephone (212) 209-3933
Facsimile (212) 209-7102
Attorney for Plaintiffs

Dated October 8, 2015

By: _____
Philip K. Davidoff
Ford & Harrison LLP
100 Park Avenue, Suite 2500
New York, New York 10017
Telephone: (212) 453-5900
Facsimile: (212) 453-5959
Attorneys for Defendants

SO ORDERED: _____
U.S. District Judge

10-16-15